UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

URIEL ALVAREZ-MENESES,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:26-cv-888

Honorable Jane M. Beckering

## **ORDER**

On March 25, 2026, the Court issued an Order to Show Cause (ECF No. 5) ordering Respondents to "file a transcript, or if a transcript is not available, a recording, of the bond hearing before the Immigration Judge." (*Id.*, PageID.36 ¶ 3.) On March 30, 2026, Respondents filed their response in opposition (ECF No. 6) but did not file the transcript or recording of the bond hearing.

Accordingly,

**IT IS ORDERED** that on or before the third business day after entry of this Order, Respondents shall file a transcript, or if a transcript is not available, a recording, of the bond hearing before the Immigration Judge that is the subject of this action.

Dated:     April 9, 2026                 /s/ Jane M. Beckering
                                                  Jane M. Beckering
                                                    United States District Judge